IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02244-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

ANTHONY BUSSIE,

    Plaintiff,

v.

ROBERT E. ANDREWS, Congressman, and
CONGRESS - SENATE, and
COMMITTEE ON ETHIC - SUBCOMMITTEE,

    Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff has submitted a Prisoner Complaint.  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted document is deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   X   is not submitted
(2)   ___   is missing affidavit
(3)   X   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information
(6)   ___   is missing an original signature by the prisoner
(7)   ___   is not on proper form (must use the court's current form)
(8)   ___   names in caption do not match names in caption of complaint, petition or habeas application
(9)   X   other: § 1915 Motion and Affidavit are necessary only if Plaintiff does not

        pay the $350.00 filing fee and the $50 administrative fee.
**Complaint, Petition or Application**:
(10) \_\_\_ is not submitted
(11) \_\_\_ is not on proper form (must use the court's current form)
(12) \_\_\_ is missing an original signature by the prisoner
(13) \_\_\_ is missing page no. \_\_
(14) \_\_\_ uses et al. instead of listing all parties in caption
(15) \_\_\_ names in caption do not match names in text
(16) \_\_\_ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17) \_\_\_ other: _____

Accordingly, it is

    ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

    FURTHER ORDERED that the Plaintiff shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

    FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

    DATED August 22, 2013, at Denver, Colorado.

                              BY THE COURT:

                              s/ Boyd N. Boland
                              United States Magistrate Judge